**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Dean Nelson Seagers, Petitioner.

Appellate Case No. 2017-001928

―――――――

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

―――――――

Appeal from Charleston County
Kristi Lea Harrington, Circuit Court Judge

―――――――

Memorandum Opinion No. 2019-MO-010
Heard February 20, 2019 – Filed February 27, 2019

―――――――

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――

Tara D. Shurling, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Joshua A. Edwards, both of Columbia, for Respondent.

―――――――

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Dean Nelson Seagers*, Op. No. 2017-UP-263 (S.C. Ct. App. filed June 28, 2017). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**